IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
SCOTT N. JOHNSON,              )
                               )   2:08-cv-00572-GEB-KJM
          Plaintiff,           )
                               )
     v.                        )   ORDER RE: SETTLEMENT
                               )   AND DISPOSITION
TERRY S. MCKINNEY, d/b/a       )
SACRAMENTO BALLOON AND TOY COMPANY;)
MICHELE EDWARDS SCOTT,         )
                               )
          Defendants.          )
                               )
```

On May 15, 2008, Plaintiff filed a Notice of Settlement in which he states "the parties have settled this action [and] [d]ispositional documents will be filed within (20) calendar days." Therefore, a dispositional document shall be filed no later than June 4, 2008. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

The status conference scheduled for June 9, 2008, is reset for hearing on July 7, 2008, at 9:00 a.m., in the event no dispositional document is filed, or if this action is not otherwise

1

dismissed. Further, a joint status report shall be filed fourteen days prior to the status conference.[1]

IT IS SO ORDERED.

Dated:  May 19, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that an action has been settled does not justify removal of the action from a district court's trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2